Prob 12B
(7/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC -5 AM 11: 51

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Linda Lange        **Docket Number:** 8:02CR36 |
| **Sentencing Judge:** | The Honorable Lawrence L. Piersol |
| | U.S. District Court Judge - District of South Dakota |
| **Date of Original Sentence:** | December 1, 1997 |
| **Original Offense:** | Bank Fraud |
| **Original Sentence:** | 33 months incarceration; 5 years TSR |
| **Assigned Judge:** | The Honorable Joseph F. Bataillon |
| | Chief U.S. District Court Judge |
| **Revocation Date:** | December 18, 2002 |
| **Revocation Sentence:** | 18 months incarceration; 2 years TSR |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | December 17, 2003 |

## PETITIONING THE COURT

X   To extend the term of supervision for _12 months_, for a total term of _36 months_.

___   To modify the conditions of supervision as follows:

### CAUSE

Ms. Lange was ordered to pay $21,236.16 in restitution in monthly payments of at least $100.00. She has failed to make any payments since being released from the Bureau of Prisons.

Respectfully submitted,

Drew Cromwell
Drew Cromwell
U.S. Probation Officer

Reviewed by,

John A. Hill by /s/
John A. Hill, Supervising
U.S. Probation Officer

**Lange, Linda**
**8:02CR36**
**Request for Modifying the Conditions or Term of Supervision**

THE COURT ORDERS

___ No Action

_X_ The Extension of Supervision as noted above

___ The Modification of Conditions as noted above

___ Other

_____          12/2/05
Joseph F. Bataillon, Chief            Date
U.S. District Judge

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The offender's supervised release is extended 12 months beginning December 17, 2005 and ending December 16, 2006.

Witness: *Drew Cromwell*
Drew Cromwell
U.S. Probation Officer

Signed: *Linda Nelson Lange*
Linda Lange
Offender

Date: 11-30-05