IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR36 |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA L.LANGE, | ) | |
| a/k/a Linda L. Nelson, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Defendant, | ) | AND TO WITHHOLD |
| | ) | |
| and | ) | |
| | ) | |
| MIDWEST OPERATIONS, LLC, | ) | |
| Garnishee. | ) | |

The Court having considered the Plaintiff's Petition and supporting affidavit, having considered the file, being fully advised in the premises and good cause appearing therefor, it is hereby

ORDERED that a duly authorized legal representative of the garnishee, Midwest Operations, LLC, shall appear before this Court in Courtroom No. 3 of the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Suite 1152, Omaha, Nebraska, on the **7th day of October, 2010, at the hour of 3:00 p.m.** to answer the Writ of Continuing Garnishment; it is further

ORDERED that the garnishee shall withhold property as provided in the Writ prior to the hearing date.

DATED:   September 2, 2010

BY THE COURT:

s/ Joseph F. Bataillon
U.S. DISTRICT COURT JUDGE